■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DeLEO, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Namm, J.), imposed May 11, 1987.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.